IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENNIE E. SMITH,
  Petitioner,

vs.            Case No. 3:07cv112/RV/EMT

WALTER A. McNEIL,
  Respondent.
_____/

# O R D E R

  This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 19, 2010 (Doc. 37).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

  Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

  2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

  3. A Certificate of appealability is **DENIED**.

  **DONE AND ORDERED** this 23rd day of March, 2010.


        <u>/s/ *Roger Vinson*     </u>
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**